Stephen C. Tingey (4424) and
Matthew M. Cannon (11265) of
RAY QUINNEY & NEBEKER
Attorneys for Plaintiffs
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
 Telephone:  (801) 532-1500
 stingey@rqn.com
 mcannon@rqn.com

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| ONSET FINANCIAL, INC., a Utah corporation, and CW ONSET LLC, a Utah limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED HEALTH CARE SERVICES, INC., a New Jersey corporation, and CHARLES K. SCHWARTZ, an individual, <br><br> Defendants. | **SUGGESTION OF BANKRUPTCY** <br> **(Allied Health Care Services, Inc.)** <br><br> Civil No.  2:10cv00639 <br><br> Magistrate Judge Paul M. Warner |

Plaintiffs Onset Financial, Inc. and CW Onset LLC have recently learned that on

August 19, 2010, an Involuntary Petition in bankruptcy was filed against defendant Allied Health

Care Services, Inc., as Case No. 10-35561-MS in the United States Bankruptcy Court for the

District of New Jersey.

DATED: September 15, 2010.

/s/ Stephen C. Tingey
Stephen C. Tingey
Attorneys for Plaintiff

1101595